

FILED

MAY 0 6 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES OF AMERICA, )
    Plaintiff, )
                )
                )
  v. )
                )
JORDAN KUZNE, )
    Defendant. )

Case No. 3:26-CR- 37

Judges: Varlan / McCook

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Cyberstalking
(18 U.S.C. § 2261A(2)(A), (B))

On or about January 29, 2026, over the course of a few hours, in the Eastern District of Tennessee and elsewhere, the defendant, JORDAN KUZNE, with the intent to kill, injure, harass, and intimidate another person, that is, Victim One, did use an electronic communication service, and an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed Victim One in reasonable fear of death or of serious bodily injury to an immediate family member of Victim One—that is, Victim Two, and caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Victim One.

All in violation of Title 18, United States Code, Sections 2261A(2)(A), (B) and 2261(b).

### COUNT TWO

Interstate Threat
(18 U.S.C. § 875(c))

On or about January 29, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, JORDAN KUZNE, knowingly and willfully transmitted in interstate and foreign

commerce an electronic communication over social media, and the communication contained a threat to kidnap or injure Victim Two—that is, the Defendant posted a picture to his social media account of a hand holding a firearm pointed at a piece of notebook paper with the name of Victim Two handwritten on the paper.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:


GRAND JURY FOREPERSON


Francis M. Hamilton III
United States Attorney

By: _William A. Roach Jr._____
William A. Roach, Jr.
Assistant United States Attorney