UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,           )
                                    )
                        Plaintiff,  )
v.                                  )          No. 3:26-CR-37-TAV-JEM
                                    )
JORDAN KUZNE,                       )
                                    )
                        Defendant.  )

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Jordan Kuzne's Motion to Continue All Deadlines and Trial [Doc. 12], filed on June 2, 2026.

Defendant asks to continue the July 14, 2026 trial date; the June 12 plea deadline; and the June 4 pretrial motion deadline [*Id.* ¶ 1]. He also asks that all related deadlines be adjusted accordingly [*Id.*]. In support of his motion, Defendant states that the parties are working toward an agreed resolution [*Id.* ¶¶ 4–5]. He contends that defense counsel also needs additional time to review the discovery with Defendant and with her staff [*Id.* ¶ 3]. Defendant understands that the time between the filing of the motion and the new trial date excludable from the speedy trial calculation [*Id.* ¶ 6]. The Government does not oppose the requested continuance [*Id.* ¶ 7].

Based upon the information in Defendant's motion, and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both

result in a miscarriage of justice and deny counsel for Defendant Kuzne the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defense counsel needs more time to review, discuss, and evaluate the discovery in this case and, if deemed necessary, to file pretrial motions. *See id.* § 3161(h)(7)(B)(iv). Also, the parties are engaged in plea negotiations, and, if plea negotiations are ultimately not fruitful, defense counsel will need time to otherwise prepare for trial. *See id.* § 3161(h)(7)(B)(iv). The Court finds that all of this cannot occur before the July 14, 2026 trial date.

The Court therefore **GRANTS** Defendant Kuzne's Motion to Continue All Deadlines and Trial [**Doc. 12**]. The trial of this case is reset to **September 29, 2026**. A new trial schedule is included below. Because the Court finds that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all time between the filing of the motion on June 2, 2026, and the new trial date is fully excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant's Motion to Continue All Deadlines and Trial [**Doc. 12**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **September 29, 2026, at 9:00 a.m.,** before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **June 2, 2026**, and the new trial date of **September 29, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing pretrial motions is extended to **July 2, 2026**, and responses to pretrial motions are due on or before **July 16, 2026**;

(5) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **August 28, 2026**;

2

(6) the deadline for filing motions *in limine* is **September 14, 2026**, and responses to motions *in limine* are due on or before **September 22, 2026**;

(7) the parties are to appear before the undersigned for a final pretrial conference on **September 9, 2026, at 11:30 a.m.**; and

(8) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **September 18, 2026**.

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge

3